WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
nlehman@wrightlegal.net
*Attorneys for Defendant Ocwen Loan Servicing, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH G. CEBU,<br><br>           Plaintiff,<br>v.<br><br>OCWEN LOAN SERVICING, LLC; CITIBANK, N.A., and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>           Defendants. | Case No.: 2:15-cv-01227-MMD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE DEFENDANT OCWEN LOAN SERVICING, LLC** |

Plaintiff Elizabeth G. Cebu ("Plaintiff"), by and through her counsel of record, Kazerouni Law Group, APC and Defendant Ocwen Loan Servicing; LLC ( "Ocwen), by and through their counsel of record, Wright, Finlay& Zak, LLP, hereby stipulate and agree as follows:

WHEREAS, the above captioned action concerns credit reporting related to a Note and Deed of Trust (the "Loan") involving real property located at 555 Liverpool Avenue, Henderson, Nevada 89011 (hereinafter, the "Property");

WHEREAS, Plaintiff filed her Complaint on June 29, 2015 in the United States District Court, District of Nevada;

1    WHEREAS, the Complaint alleges causes of action against Defendant Ocwen for
2 violations of the federal Fair Credit Reporting Act;
3    WHEREAS, the parties have come to an agreement regarding the dispute and have or
4 will execute a settlement agreement.
5    NOW WHEREFORE, in resolution of the claims against Ocwen alleged in the
6 Complaint,
7 / / /

16 / / /

28 / / /

IT IS HEREBY STIPULATED AND AGREED that the Complaint is dismissed with prejudice as to Defendant Ocwen, with each party to bear their own fees/costs.

IT IS SO STIPULATED AND AGREED.

DATED this 28th day of March, 2016.

WRIGHT, FINLAY & ZAK, LLP

KAZAROUNI LAW GROUP, APC

*/s/ Natalie C. Lehman, Esq.*
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave., Suite 200
Las Vegas, NV, 89117
nlehman@wrightlegal.net
*Attorneys for Defendant, Ocwen Loan Servicing, LLC*

*/s/ Michael Kind, Esq.*
Michael Kind, Esq.
Nevada Bar No. 13903
7854 W. Sahara Avenue, Suite
Las Vegas, Nevada 89117
*Attorney for Plaintiff, Elizabeth G. Cebu*

**ORDER**

Based upon the foregoing Stipulation by and between the parties, and good cause appearing,

IT IS SO ORDERED.

DATED: March 29, 2016

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted,

**WRIGHT FINLAY & ZAK, LLP**

*/s/ Natalie C. Lehman, Esq.*
Natalie C. Lehman, Esq. ( NV  Bar No. 12995)
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
Attorney for *Attorneys for Defendant, Ocwen Loan Servicing, LLC*